FILED
5/29/2024
KSR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

KIRK BRIDGES

1:24-cr-00271
Judge Manish S. Shah
Magistrate Judge Jeffrey T. Gilbert
RANDOM/CAT. 3

Case No.

Violations: Title 18, United States Code, Section 922(g)(1); Title 21, United States Code, Section 841(a); Title 18, United States Code, Section 924(c)

**UNDER SEAL**

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about March 13, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

KIRK BRIDGES,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock 19 semiautomatic pistol bearing serial number BTCN396, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **COUNT TWO**

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about March 13, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

KIRK BRIDGES,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT THREE**

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about March 13, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

**KIRK BRIDGES,**

defendant herein, did knowingly possess a firearm, namely, a loaded Glock 19 semiautomatic pistol bearing serial number BTCN396, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a), as charged in Count Two of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g), 924(c) or Title 21, United State Code, Section 841, as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), and any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Section 853(a)(2).

2. The property to be forfeited includes, but is not limited to:

    a. (1) a Glock 19 semiautomatic pistol bearing serial number BTCN396, and associated ammunition; and

    b. (2) $539 in U.S. currency.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY