UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

KIRK BRIDGES

Case No. 24 CR 271

District Judge Manish S. Shah

**O R D E R**

On petition of the UNITED STATES OF AMERICA and it appearing to the

Court that:

> Name: KIRK D. BRIDGES
> Date of Birth: **/**/1985
> Sex: Male
> Race: Black
> Jail/Prisoner #: R46723

now is incarcerated in the following institution:

> Illinois Department of Corrections
> Danville Correctional Center
> 3820 East Main Street
> Danville, Illinois 61834

and that said defendant has been charged in the above-captioned case with a violation

of Title 18, United States Code, Sections 922(g)(1) (felon in possession of a firearm),

841(a)(1) (possession of cocaine with intent to distribute), and 924(c)(1)(A) (carrying

a firearm in furtherance of a drug trafficking crime), and that said defendant should

be produced at **8:30 a.m. on June 26, 2024**, at the U.S. Marshals Service Lock-Up,

24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to

appear at 10:30 a.m. for an arraignment before District Judge Manish S. Shah, in the

courtroom usually occupied by said judge.

IT IS THEREFORE ORDERED that the following person:

FELICIA ADKINS
Warden
Illinois Department of Corrections
Danville Correctional Center
3820 East Main Street
Danville, Illinois 61834

bring or cause to be brought before this Court, at said time on said date, before

District Judge Manish S. Shah, in the United States Courthouse in Chicago, Illinois,

the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum*

directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

_____

MANISH S. SHAH
District Judge

DATED at Chicago, Illinois
this 11th day of June, 2024.

2