UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br>v.<br><br>KIRK BRIDGES,<br><br>            Defendant. | No. 24 CR 271<br><br>Judge Manish S. Shah |

## ORDER

(00:15)
Initial appearance and arraignment proceedings held. The court finds defendant unable to afford counsel. Kathleen Leon of the Federal Defender Program is appointed to represent defendant under the CJA. Defendant acknowledges receipt of the indictment and waives formal reading. Defendant enters plea of not guilty to the charges in the Indictment. Defendant is advised of the maximum penalties associated with the charges in this matter. The parties are advised, under Federal Rule of Criminal Procedure 5(f)(1) and U.S. Supreme Court decisions including Brady v. Maryland, that the prosecutor has federal constitutional disclosure obligations in this case. The Court orders the government to comply with its Brady obligations. The parties are further advised that the government's failure to comply with its Brady obligations may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Local Criminal Rule 16.1(A) conference shall occur by 7/3/24. By 7/31/24, the parties shall file a status report on discovery progress and if any Fed. R. Crim. P. 12(b) motions are anticipated. The government moves to detain defendant pending trial. The defense does not contest detention at this time. Defendant's right to a detention hearing is waived without prejudice to the defense bringing a motion for pretrial release when ready to do so. Defendant shall be detained pending trial and is remanded into federal custody. As required by 18 U.S.C. 3142(i), defendant shall be confined in a facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; defendant shall be afforded reasonable opportunity for private consultation with counsel; and the person in charge of the facility in which defendant is confined shall deliver defendant to a U.S. Marshal for the purpose of an appearance in connection with a court proceeding, on order of a court or on request of an attorney for the government. The court excludes time through 8/5/24 under the Speedy Trial Act to serve the ends of justice. Excluding time will allow the parties time for effective preparation, which includes the production and review of discovery. That delay outweighs the interests of the public and the defendant in a speedy trial.

ENTER:

June 26, 2024

                                                    Manish S. Shah, U.S. District Judge